```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE BOLIVAR PASTUIZACA.,

                                      Plaintiff,

            -against-

MONONOKE INC., *d/b/a* BERON BERON, et al.,

                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**25-CV-2093 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 7). A telephone conference will be held on **Monday, April 28, 2025 at 12:00 p.m.** in advance of a settlement conference. Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

       **Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

       SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                                           _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge