UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE BOLIVAR PASTUIZACA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                      Plaintiff,

    v.

MONONOKE INC.
    d/b/a BERON BERON,
HINOMARU INC.
    d/b/a KENKA,
PANYA ONGKEO, and
YUJI UMEKI,
                 Defendants.

**Case No.:** 1:25-cv-02093

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff JOSE BOLIVAR

PASTUIZACA hereby accepts and provides notice that he has accepted Defendants' Offer of

Judgment dated March 31, 2025, and annexed hereto as **Exhibit A**.

Dated: March 31, 2025

                             Respectfully submitted,

               By:

                             C.K. Lee, Esq. (CL 4086)
                             LEE LITIGATION GROUP, PLLC
                             148 West 24th Street, 8th Floor
                             New York, NY 10011
                             Tel.: (212) 465-1188
                             Fax: (212) 465-1181
                             *Attorney for Plaintiff, FLSA Collective*
                             *Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on March 3 1 , 2025, I caused service of Plaintiff's Notice of

Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of

record in this matter:


Dawud Nelson, Esq.
LAW OFFICES OF DAWUD NELSON PLLC
41 Madison Avenue, 31st Floor
New York, NY 10010
dawud@nylawesq.com
(347) 674-4578
*Attorney for Defendants*

By: _____
                    C.K. Lee, Esq.