UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE BOLIVAR PASTUIZACA, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class,*

                           Plaintiff,

v.

MONONOKE INC.
     d/b/a BERON BERON,
HINOMARU INC.
     d/b/a KENKA,
PANYA ONGKEO, and
YUJI UMEKI,

                           Defendants.

---

Case No.: 1:25-cv-02093

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants MONONOKE INC. d/b/a BERON BERON, HINOMARU INC. d/b/a KENKA, PANYA ONGKEO, and YUJI UMEKI (collectively "Defendants"), having offered to allow Plaintiff JOSE BOLIVAR PASTUIZACA ("Plaintiff") to take a judgment against them, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 31, 2025 and filed as Exhibit A to Docket Number 9;

      **WHEREAS**, on March 31, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 9);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Jose Bolivar Pastuizaca, in the sum of $20,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 31, 2025 and filed as Exhibit A to Docket Number 9. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025        _____
      New York, New York                                                              U.S.D.J.