```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE BOLIVAR PASTUIZACA.,

                         Plaintiff,        **ORDER ADJOURNING TELEPHONE CONFERENCE**

    -against-

                                                                  **25-CV-2093 (JMF)**

MONONOKE INC., *d/b/a* BERON BERON, et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Judgment filed on April 1, 2025 (doc. no 11) the Pre-settlement telephone conference scheduled for **April 28, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: April 2, 2025
       New York, New York

                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                    United States Magistrate Judge